UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CV 2864**

ATON CALLENS

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

1. NEW YORK CITY POLICE DEPARTMENT
2. COMMISSIONER RAYMOND KELLY; N.Y.P.D.
3. SERGEANT KENNETH TYSDAL   TAX REG.# 915998
4. DETECTIVE AARON JOHNSON   TAX REG.# 935072
5. POLICE OFFICER KYESHA FRASER   TAX REG.# 943254

Jury Trial: ☑ Yes  ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

### I.   Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name  MR. ATON CALLENS
              ID #  349 - 13 - 00968
              Current Institution  ANNA M. KROSS CENTER
              Address  18-18 HAZEN STREET
              EAST ELMHURST, NEW YORK 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  NEW YORK CITY POLICE DEPARTMENT   Shield #_____
                  Where Currently Employed _____
                  Address  1 POLICE PLAZA
                           NEW YORK, NEW YORK 10007

*Rev. 05/2010*                                                                                           1

Defendant No. 2     Name RAYMOND KELLY; COMMISSIONER N.Y.P.D.
Where Currently Employed
Address 1 POLICE PLAZA
NEW YORK, NEW YORK 11370

Defendant No. 3     Name KENNETH TYSDAL TAX REG.# 915998 SERGEANT
Where Currently Employed 9TH PRECINCT
Address

Defendant No. 4     Name AARON JOHNSON TAX REG.# 935072 DETECTIVE
Where Currently Employed 9TH PRECINCT
Address

Defendant No. 5     Name KYESHA FRASER TAX REG.# 943254 POLICE OFFICER
Where Currently Employed 9TH PRECINCT
Address

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
9TH PRECINCT AND VEHICLE EXTENTION THEREOF

B. Where in the institution did the events giving rise to your claim(s) occur?
POLICE VEHICLE AND 9TH PRECINCT

C. What date and approximate time did the events giving rise to your claim(s) occur?
JANUARY 13, 2013

D. Facts: **On January 13, 2013, at approximately 5:10 PM, I was walking through the park located at Park Avenue and 14th Street (commonly called "Union Square Park") when I was approached by a white male seeking directions**

*What happened to you?*

**to a restaurant that I was not familiar with. I had attempted to direct him in the direction of other food sources and began to walk away. This white male then offered to buy a cup of coffee and a meal at one of the local eateries that I had pointed out to him and I agreed. When went to the eatery the lines**

*Who did what?*

**for service were too long and I had decided to leave. As I was leaving the man handed me some money and said, "Here's something for your trouble.", which I thanked him for. It was at this time that two police officers, whom I later found out to be Sergeant Kenneth Rysdal & Detective Aaron Johnson, approached me. Aaron Johnson shoved me, with excessive force, against a brick wall and then he twisted my arm and wrist while placing handcuffs on my wrist extremely tight. Circulation to my hands was cut off for hours and nerves in my wrist was severed which resulted in damage to my body (specifically, my hands) that might not ever heal. I was then placed in a van by the officers, and also Police Officer Kyesha Fraser, by means of very forceful shoves that caused more injuries to my shoulders, back, wrists, legs and hands. My cries of pain were ignored. I remained in these conditions for several hours where I developed chest pains and the handcuffs cut through my skin to my flesh causing bleeding and scarring. Defendants #3, 4 & 5 act under the lack of supervision of defendants # 1 and 2, yet under the direct authority of defendants # 1 and 2.**

*Was anyone else involved?*

*Who else saw what happened?*

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. **Nerve damage, shoulder pain, scarring, cuts, bruises, suffering, chest pain, stress, emotional suffering, violation of my civil rights, violation of my human rights, violation of my prisoner rights, & abuse, violation of my due process rights by administering corporal punishment, assault**

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No ✓

*Rev. 05/2010*

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____   No ____   Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No ____   Do Not Know ✓

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No ✓

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

   1. Which claim(s) in this complaint did you grieve? _____

   2. What was the result, if any? _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: THE PRISON SYSTEM DOES NOT HANDLE ISSUES RELATING TO N.Y.P.D., IT IS NOT WITHIN ~~THEE~~ THE AUTHORITY OF N.Y.C. DEPT. OF CORRECTIONS.

   _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I AM SEEKING THE AMOUNT OF TEN MILLION DOLLARS FOR THE ACTIONS OF THE DEFENDANTS (COLLECTIVELY AND INDIVIDUALLY) THAT HAS RESULTED IN MY INJURIES AND THE DELIBERATE INDIFFERENCE FOR FAILURE TO ACT, AND FOR ALL THINGS OUTLINED IN THE FACTS SECTION AND THE INJURIES SECTION OF THIS CIVIL ACTION.

_____

_____

_____

_____

_____

_____

_____

VI. **Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____
4.  Name of Judge assigned to your case _____
5.  Approximate date of filing lawsuit _____
6.  Is the case still pending? Yes \_\_\_\_ No \_\_\_\_

    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

[On other claims]

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
    Yes \_\_\_\_ No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____
4.  Name of Judge assigned to your case _____
5.  Approximate date of filing lawsuit _____
6.  Is the case still pending? Yes \_\_\_\_ No \_\_\_\_

    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23rd day of  April , 2013.

          Signature of Plaintiff  X  Alen Callins

          Inmate Number  349-13-00968

          Institution Address  Anna M. Kross Center

          18-18 Hazen Street

          East Elmhurst, New York 11370

**Note:**  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 23 day of  April , 2013, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

          Signature of Plaintiff: X  Alen Callins